**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE APPLICATION OF GMJ ASSET MANAGEMENT COMPANY, INC.

-----------------------------------------------------------------X

**ORDER**

**22-MC-123 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 5, 2022 Petitioner filed a letter requesting that this Court set a briefing schedule regarding their pending application for an order under 28 U.S.C. § 1782. Dkt. No. 21. The Court sets the following briefing schedule:

- Any opposition, should KBC choose to file one, is due by **July 15, 2022**.

- Any reply, should GMJ choose to file one, is due by **July 22, 2022**. Should Petitioner choose not to file a reply, a letter conveying such decision to the Court should be filed on **July 18, 2022**.

SO ORDERED.

DATED:   New York, New York
         July 6, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge