**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN RE APPLICATION OF GMJ ASSET
MANAGEMENT COMPANY, INC.

------------------------------------------------------------------X

**ORDER**

**22-MC-123 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 14, 2022, the Parties filed a letter requesting an extension of time to brief the outstanding motion. The motion is **GRANTED**. The opposition is due by **July 22, 2022**. Any reply, should Petitioner choose to file one, is due on **July 29, 2022**.

SO ORDERED.

DATED:   New York, New York
         July 14, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge