UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE APPLICATION OF GMJ ASSET
MANAGEMENT COMPANY, INC.

**ORDER**

22-MC-123 (JW)

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 5, 2022, Petitioner filed a Petition for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782. Dkt. No. 1. On July 22, 2022, Respondent KBC Bank NV, New York Branch filed opposition papers. Dkt. No. 25. On July 27, 2022, Petitioner filed a reply brief. Dkt. No. 30. Oral argument has been requested in this matter.

A hearing is scheduled for **10:30 AM** on **August 17, 2022**. The hearing will be held in Courtroom 228, 40 Foley Square, New York, NY.

SO ORDERED.

DATED:   New York, New York
         August 10, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge